DAVID B. NEWDORF, State Bar No. 172960
RYE P. MURPHY, State Bar No. 289427
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104
Telephone:       (415) 357-1234
Facsimile:        (866) 954-8448
E-Mail:            david@newdorf.com


Attorneys for Defendants
CITY OF RICHMOND and
KRISTOPHER TONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LITTLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, a municipal corporation; "FNU" TONG, individually; DOES 1-50, inclusive, individually,<br><br>Defendants. | Case No. 13-cv-2067 JSC (MEJ)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE & [PROPOSED] ORDER**<br><br>Judge:     Hon. Maria-Elena James<br><br>Place:     Judge James's Chambers<br>15th Floor<br>450 Golden Gate Ave.,<br>San Francisco, CA |

*(sidebar)* NEWDORF LEGAL 220 Montgomery St. #1850 San Francisco, CA 94104 (415) 357-1234

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234

**STIPULATIONS**

Plaintiff Andre Little and defendants City of Richmond and Officer Tong, by and through their respective counsel stipulate as follows:

1.  A settlement conference is currently scheduled to take place in Judge James's chambers at 10:00 a.m. on March 4, 2014 in the case of *Andre Little v. City of Richmond, et al.* (13-cv-2067 JSC (MEJ)).

2.  Plaintiff has not yet taken the deposition of defendant Officer Tong. The parties believe that taking Tong's deposition is necessary for the parties to be fully informed at a settlement conference. The parties further believe that the deposition cannot be taken by March 4, 2014.

3.  In order to make best use of the Court's and the parties' resources, the parties request that the currently scheduled settlement conference be continued to 10 a.m. on April 16, 2014. This continuance will not affect any other deadlines set by the Court.


**IT IS SO STIPULATED**


Dated: February 26, 2014                    NEWDORF LEGAL


                                            By: */s/ David B. Newdorf*
                                            DAVID B. NEWDORF
                                            Attorney for Defendants CITY OF RICHMOND
                                            and KRISTOPHER TONG



Dated: February 26, 2014                    LAW OFFICES OF JOHN L. BURRIS


                                            By:*/s/ DeWitt M. Lacy*
                                            DeWitt M. Lacy
                                            Attorneys for Plaintiff, ANDRE LITTLE


1

[PROPOSED] ORDER

For good cause shown, IT IS ORDERED that the settlement conference is continued from 10:00 a.m., March 4, 2014 to 10:00 a.m. on April 16, 2014 in Judge James's chambers.

Dated:____2/28____, 2014

_____
HONORABLE MAGISTRATE JUDGE
MARIA-ELENA JAMES

2

STIPULATION & ORDER TO CONTINUE SETTLEMENT CONFERENCE – Case No. 13-cv-2067 JSC (MEJ)

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234