UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE LITTLE,

          Plaintiffs,

    v.

CITY OF RICHMOND,  et al.,

          Defendants.

Case No.  13-cv-02067-JSC   (JSC)

**REFRESHMENT  ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **January 26, 2015**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    **IT IS SO ORDERED.**

Dated: January 26, 2015

_____

JACQUELINE  SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California