UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE LITTLE,

    Plaintiff,

  v.

KRISTOPHER TONG,

    Defendant.

Case No. 13-cv-02067-JSC

**VERDICT FORM**

**A.**    **Claim of Excessive Force**

1.    Did Defendant Kristopher Tong use excessive force against Plaintiff Andre Little on March 16, 2012?

Yes _____    No _____

**If you answered "no" to Question 1, sign and date this form, and turn in the form to the Deputy Clerk.  If you answered "yes," please answer Question 2.**

2.    Was Defendant Kristopher Tong's use of force the moving force that caused harm to Plaintiff Andre Little?

Yes _____    No _____

**If you answered "no" to Question 2, stop here, answer no further questions, have the foreperson sign and date this form, and turn in the form to the Deputy Clerk.  If you answered "yes" to Question 2, please answer Questions 3, 4 and 5 in Section B.**

**B.     Damages**

3.     What is the total amount of medical expenses incurred by Plaintiff Andre Little as a result of Defendant Kristopher Tong's conduct?

_____

4.     Aside from medical expenses, what is the total amount of compensatory damages that Plaintiff Andre Little suffered as a result of Defendant Kristopher Tong's conduct?

_____

5.     Do you find that Defendant Kristopher Tong's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Andre Little's rights?

Yes _____          No _____

**If you answered "no" to Question 5, stop here, answer no further questions, and have the foreperson sign and date this form, and turn in the form to the Deputy Clerk.  If you answered "yes" to Question 5, please proceed to Question 6.**

6.     What amount of punitive damages, if any, do you award Plaintiff Andre Little?

_____

You have completed the verdict form.  Have the foreperson sign and date this form and turn in the form to the Deputy Clerk.

Dated: _____          _____
                                                                  Foreperson

2