United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE LITTLE,

    Plaintiffs,

  v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No. 13-cv-02067-JSC   (JSC)

**REFRESHMENT ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **March 23, 2015**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge